IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JAY BOWLEY, | ) |
| | ) |
| Plaintiff, | ) No. C07-00266RSM |
| | ) |
| v. | ) |
| | ) ORDER |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court hereby awards Plaintiff $6,037.73 in attorney fees, $34.59 in expenses, and $372.00 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), for a total award of $6,444.32.

Dated:    January 7, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order
[No. C07-266-RSM]